UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------X

Koon Chun Hing Kee Soy & Sauce Factory, Ltd.,

               Plaintiff,        CV-07-3224 (CPS)

   - against -                          ORDER

Excelsior Trading Corp., et al.,

               Defendant.

------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 24 2007 ★


    The above captioned case is hereby ordered unsealed.

    The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

    SO ORDERED.

Dated :   Brooklyn, New York
           August 16, 2007

                               s /Charles Sifton
                              United States District Judge